**Ronnie Blanch**
Name
   **330 S. Casino Cntr blvd.**
   **Las Vegas, NV, 89101**
   **1195555**
Prison Number   **Plaintiff, Pro Se**

___FILED ✓RECEIVED
___ENTERED___SERVED ON
      COUNSEL/PARTIES OF RECORD

2014 OCT 23  P 3: 56

CLERK US DISTRICT COURT
      DISTRICT OF NEVADA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**Ronnie Blanch**
                    Plaintiff,        )
                                      )
                                      )
   vs.                                )
                                      )
**LVMPD**                             )
**Josh Costello #9139**               )
                                      )
_____,          )
                                      )
_____,          )
                                      )
_____,          )
                    Defendant(s).     )

2:14-cv-01762-GMN-VCF

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

**"Jury Trial Demanded"**

### A. JURISDICTION

1)   This complaint alleges that the civil rights of Plaintiff, **Ronnie Blanch,**
                                                    (Print Plaintiff's name)

who presently resides at **330 S. Casino Cntr. blvd** were

violated by the actions of the below named individuals which were directed against

Plaintiff at **Las Vegas, Nevada** on the following dates
              (institution/city where violation occurred)

**4th constitutional**
**right** (Count I)          (Count II) , and _____.
                                              (Count III)

$I$

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _JosH COStcllo_ resides at _N/A_
          (full name of first defendant)            (address if first defendant)
and is employed as _Detective GANG CIMC BelAb_ This defendant is sued in his/her
                    (defendant's position and title, if any)
✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _OFFiceR of L.V.m.P.D_
_Aggresive  Authoritive, Hostile_

3) Defendant _____ resides at _____,
          (full name of first defendant)            (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

4) Defendant _____ resides at _____,
          (full name of first defendant)            (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

5) Defendant _____ resides at _____,
          (full name of first defendant)            (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                    (defendant's position and title, if any)
___ individual ____ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _____
_____

6) Defendant _____ resides at _____,
                    (full name of first defendant)                              (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
                        (defendant's position and title, if any)
___ individual ___ official capacity.  (Check one or both).  Explain how this defendant was
acting

    under color of law: _____
    _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983.  If you wish
to assert jurisdiction under different or additional statutes, list them below.

Allen V US. 2013, 2613 WL 4049066 Arrest
Katz V United States 389 U.S. 347, 19 L. Ed 2d 576 (1976)
California V. Hodari D 111 S. Ct 1547 (1991)
- - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

June -18-2014 i was illegal seached
And seized By J.Costello And sergeant Conic
Violating my Constitutional rights
they showed Authity By placing me
in a Tactical. restraining me from
moving in a way that Any reasonable
person would have believed thax were
Not free to leave
Det. Costello testified during this exchange
He And sergeant Conk were positioned
Around Defendant in what Det. Costello
Described As A Tactical L
- - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

**COUNT I**

The following civil rights has been violated: 4th AMMENDMENT
OF THE CONSTITUTION

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I WAS SEIZED By officer J. Costello
of LVMPD AND Him AND
His SERGEANT PLACED me IN
A TACTICAL L IN SUCH A
MANOR & BELIEVED I HAD TO
SUBMIT TO the OFFICERS IN
there AuthoriTive MANNER
my Path WAS BLOCKED By
officer costello While the other
circled Behind me IN A
WAY that A REASONABLE person
Whould BELIEVE they were NOT
free to leAve
J. Costell IllegAly stopped AND
DEtAINED me IllegAlly sEARCHED me
AND IllegAlly Seized me

4

**COUNT II**

The following civil rights has been violated: MY CONSTITUTIONAL
rights TO free movement AND free
Assembly

Supporting Facts: [Include all fact you consider important. State the facts clearly,
in your own words, and without citing legal authority or argument. Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

I WAS stopped by OFFICER
J Costello who stepped in
FRONT OF MY BiKe while ASKiNg
TO speak with me He ASKed To
SeArch for weapons on my
person I stated I have A legal
Pocket KNife in my left Pocket
AND I will retrieve it He put
me in CUFFS AND illegally
searched my persons

illegally stopped me from CONTINUING
on my pATh

See CONTINUANCE

CONTINUANCE
COUNT 2
SUPPORTING FACTS.

July 7th 2014
Officer JOSH COSTELLO
TESTIFIED that I gave HIM
CONSENT TO SEARCH me for WEAPONS
UNDER OATH But DURING CROSS EXAMINATION
by SETH GUTTIEREZ CHANGED HIS TESTIMONY
to WEAPONS & DRUGS ALSO STATING I CONSENTED
TO A PAT DOWN then CHANGING HIS TESTIMONY
TO SAYING IT WAS CONSENT FOR WEAPONS.
But HIS ARREST REPORT CLAIMS I CONSENTED
TO WEAPONS & DRUGZ. the OFFICER DOESNT
NO WHAT I CONSENTED TO BECAUSE there
WAS NO CONSENT ALSO DURING HIS
TESTIMONY OFFICERS STATED that I
DID NOT LOOK THREATENING AT NO TIME
DURING OUR ENCOUNTER But 20 to 30 SECONDS
UPON INITIAL CONTACT I WAS PLACED IN A
TACTICAL L BEFORE OFFICERS ASKED IF I
HAD ANY WEAPONS ON ME. OFFICER STATED
that AT NO TIME DID I POSE A THREAT
to them But WAS PLACED IN A TACTICAL
L FOR OFFICER SAFETY.

#2

I have my preliminary
transcript
to show the courts
how the officers in
there authoritive manner
detained me changed
his testimony under oath.

He never

## COUNT III

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ____ Yes  _X_ No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)   Defendants: _____

b)   Name of court and docket number: _____

c)   Disposition (for example, was the case dismissed , appealed or is it still pending?):

_____

d)   Issues raised: _____

_____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

2)   Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?**
____ Yes _X__ No.  If your answer is "Yes", describe each lawsuit.  (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____

_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

7

c)    The case was dismissed because it was found to be (check one): _____ frivolous

\_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous

\_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

_____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the

proper administrative officials, e.g., have you exhausted available administrative grievance

procedures? _X_ Yes _⊗_ No.  If your answer is "No", did you not attempt administrative

relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2)_X_

state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_ parole

board decision; or (5) \_\_\_ other _____.

If your answer is "Yes", provide the following information. Grievance Number _14-138_

Date and institution where grievance was filed _CLARK County DETENTION CENTER_
_September 8-2014_

Response to grievance: _CITIZEN REVIEW BOARD_
_A panel of the CitiZEN REVIEW BOARD will_
_Review my complaint After Internal AFFAIRs INVESTIGATIVE_
_CASE #14-138/ Report_
_C.R.B_
_Receipt_

8

- - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

monetary and punitive Damages
Actual Damages
pain & suffering
mental Anguish

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Ronnie Blanch

(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

(Signature of Plaintiff)

10 - 11 - 2014

(Date)

- - - - - - - - - - - - - - - - - - - - -

(Additional space if needed; identify what is being continued)

9