```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
                              ***
RONNIE BlANCH
    PLAINTIFF

VS                                    CASE NO. 2:14-CV-1762 GMN-VCF

LAS Vegas Metropolitan Police
Department, et al.,
          DEFENDANTS
```

— This matter involves plaintiff Ronnie Blanch legible complaint I have written my complaint on lined paper and hopes the court respectfully accepts this complaint if the courts would accept my hand written complaint I only had one 1983 civil rights packet and the plaintiff put this complaint together to meet the fourteen day deadline so will the court take into consideration this complaint.   *Ronnie Bla—*

1) Case No. 2:14-cv-1762-GMN-VCF

Civil Rights complaint pursuant to 42 U.S.C. 1983
This complaint alleges that the Civil Rights of plaintiff, Ronnie Blanch who presently resides at 330 So. Casino Center Blvd. were violated by the actions of the below named individuals which were directed against plaintiff at Las-Vegas, Nevada on the following dates June 18, 2014

(Count 1)
Illegal Search & Seizure

2.) Defendant Josh Costello resides N/A and employed as Detective Gang Crime Berau This defendant is sued in his
    ✓ Individual  ✓ Official capacity
Explain how defendant was acting under color of law officer of L.V.M.P.D was acting authoritive aggresive and hostile

7) Jurisdiction is invoked pursuant to 28 U.S.C 1343 (A)(3) and 42 U.S.C. 1983 If you wish to assert jurisdiction under different or additional statues list them
(State.v. Lisenbee 2000 13 p.3d 947, 116 Nev. 1124)
(U.S. v. Washington 2004 387.F3d 1060)
(California v. Hodari D., 111 S. Ct. 1547 (1991))

Electronic Document Stamp ID=1101333072 [Date 10/29/2014 File Number=6865932 o][1146ab9ebc2e88ceb 8F6536dba1 faffc 094199bf7715388ebee2cf1cc3680d 73d3 d2ab 07 390 8e 023 ebf 1F3 6e 2@ 4861 Fe0c 948 bdb17 Aba 555 b9ec 7d7 ee 8e1 ca3]]

② B.) NATURE OF THE CASE
Briefly state Backround of your case
It is illegal Search And Seizur By officer
Josh Costello of L.V.M.P.D

Count 1 The following civil Rights have
Been violated: My Right To Be Secure in my
person, house, papers, And effects Against unreasonable
searches & seizures. The Fourth Amendment
United States Constitution.

Supporting Facts [Include All facts you consider
important State Facts Clearly in your own words.
And without Citing legal Authority or Argument
Be sure you Describe exactly what each specific
Defendant Did To Violate Rights.]

Officer Josh Costello And his Sergeant Conk
of L.V.M.P.D upon us Making Contact
placed me in A Tactical with one officer Facing me
the other Circling And Coming up Behind me.
This was Not A Consensual encounter
Officer Costello- Ordered me off my Bike for A
Weapons Search which I Did Not give him Consent
To Search me I was blocked from my path By
officer costello who Stepped in Front of my Bike
while his Sergeant which is Conk circled Behind me
I only Submitted to the officers Authoritiveness

③

I did not look threatening to officers this is a fact Josh Costello testified to this but I was placed in a tactical position for officer safety this is nothing but harrassament. By officers. I only submitted because the officers had me in a tactical position in a manor that any reasonable person would have believed that they were not free to terminate encounter.

Have you ever filed an action in Federal Court that was dismissed because it was determined to be frivolous — NO —

Have you attempted to resolve the disputed stated in this action by seeking relief from the proper administrative officials e.g. have you exhausted available administrative grievance procedure

I contacted professional Standards Berau and Citizen Review Board Receipt # 14-138 They responded and sent me a reciept from Citizen Review Board
I did a taped recording for Internal Affairs All pertaining to this matter.

E. Request for Relief

I believe I am entitled to the following relief

Monetary and punitive damages

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I declare under penalty of perjury under laws of the United States of America that the forgoing is true and correct. See 28 U.S.C. 1746 and 18 U.S.C. 1621

Ronnie Blanch

Name of person who prepared or helped prepare this complaint

*[signature]*

Signature of Plaintiff

11-4-2014

Date

Original date signed
10-11-2014