**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RONNIE BLANCH, | |
| Plaintiff, | 2:14-cv-01762-GMN-VCF |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, OFFICER JOSH COSTELLO, | |
| Defendants. | |

Before the court is Plaintiff's Motion for a Pretrial Conference. (#17). Plaintiff's motion for a pretrial conference (#17) is denied for the following reason.

Pursuant to Local Rule 16-1(b), "in actions by or on behalf of inmates under 42 U.S.C. § 1983 ...no discovery plan is required," rather "a scheduling order [is] entered within thirty (30) days after the first defendant answers or otherwise appears." As this is an action brought under 42 U.S.C. § 1983, and no scheduling order has been entered, the court will open discovery and issue a scheduling order.

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff's motion for a pretrial conference (#17) is DENIED.

IT IS FURTHER ORDERED that the following scheduling deadlines shall apply:

1. DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **September 28, 2015**.

2. Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed and served not later than ninety (90) days prior to the close of discovery, or **June 30, 2015**. Any party causing additional parties to be joined or

brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

      3.      Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served not later than ninety (90) days prior to the close of discovery, or **June 30, 2015**.

      4.      Expert disclosures shall be made sixty (60) days before the discovery cut-off date, or on or before **July 30, 2015**, and the disclosures of rebuttal experts shall be made thirty (30) days after the initial disclosures of experts, and not later than **August 31, 2015**.

      5.      Dispositive Motions shall be filed and served no later than thirty (30) days after the close of discovery, or **October 28, 2015**.

      6.      The Joint Pretrial Order is due thirty (30) days after the dispositive motions deadline, or on **November 27, 2015**. If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

      7.      The Interim Status Report shall be due sixty (60) days prior to discovery cut-off or **July 30, 2015**.

      8.      EXTENSIONS OF DISCOVERY:   Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) days prior to the subject deadline. The motion or stipulation shall include:

      (a)      A statement specifying the discovery completed by the parties of the date of the motion or stipulation;

      (b)      A specific description of the discovery which remains to be completed;

      (c)      The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

      (d)      A proposed schedule for the completion of all remaining discovery.

9. In the event that the Federal Rules of Civil Procedure provide for any shorter time periods for the filing of motions or pleadings, said shorter time limits shall apply notwithstanding the time limits set forth in this Scheduling Order.  Pursuant to the authority given to the Court in Fed. R. Civ. P. 16(b), motions for summary judgment under Fed. R. Civ. P. 56 must be filed no later than the time provided in paragraph 4 of this Order.

DATED this 10th day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE